Scott H. Frewing, State Bar No. 191311
Paul S. Ham, State Bar No. 227395
Mark T. Roche, State Bar No. 245773
Mark R. Feeser, State Bar No. 252968
David J. Stoll, State Bar No. 243909

**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299

scott.h.frewing@bakernet.com
paul.s.ham@bakernet.com
mark.t.roche@bakernet.com
mark.r.feeser@bakernet.com
david.j.stoll@bakernet.com

Attorneys for Defendant
Ramon Scruggs, MD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMON SCRUGGS, MD, <br><br> Defendant. | **Case No. CR-08-144 JW (PT)** <br><br> **STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING STATUS HEARING TO OCTOBER 27, 2008 AT 1:30 P.M.** |

IT IS HEREBY STIPULATED between the parties that, subject to the Court's approval, the status hearing, currently scheduled for Monday, September 15, 2008 at 1:30 p.m. shall be vacated, and the new hearing date shall be October 27, 2008 at 1:30 p.m.

The parties submit the following reasons provide good cause for the continuance:

1. On August 21, 2008, new counsel for Dr. Ramon Scruggs was recently appointed by Hon. Patricia V. Trumbull.  Also on August, 21, 2008, undersigned counsel for Dr. Scruggs received copies of substantial discovery including 45 compact discs ("CDs") of discovery containing documents, computer images, and audio recordings.

2. Review of the voluminous discovery by undersigned counsel for Dr. Scruggs will

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

1

Case No CR-08-144 JW (PT)
STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING HEARING

1  require a significant amount of time, and as a result, counsel for Dr. Scruggs will be unable to
2  reasonably evaluate next steps for this case by the scheduled September 15, 2008 status hearing.
3  Undersigned counsel for Dr. Scruggs believes that by October 27, 2008, he will be in a substantially
4  better position to advise the Court of further steps in this litigation.

5   3. Undersigned counsel for the Defendants agree that good cause exists for an exclusion
6  of time from the Speedy Trial Act, 18 U.S.C. § 3161, on the grounds that failure to grant a
7  continuance would deny counsel for Dr. Ramon Scruggs reasonable time for effective preparation,
8  taking into account the exercise of due diligence.

9   4. The parties respectfully further request that the appearance of the defendants at the
10  hearing on October 27, 2008, be waived on the grounds that the hearing will merely address
11  scheduling and the defendants reside in Southern California.

12   IT IS SO STIPULATED.

14  Dated: September __, 2008              BAKER & McKENZIE LLP

16                                          By: /s/
17                                              Scott H. Frewing
                                                Attorneys for Ramon Scruggs, MD

19  Dated: September __, 2008

20                                          By: /s/
                                                Thomas J. Nolan
21                                              Attorney for Allan Danto

22  Dated: September __, 2008

23                                          By: /s/
24                                              Lara S. Vinnard,
                                                Attorney for Heidi MacPherson

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

Case No CR-08-144 JW (PT)
STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING HEARING

Dated: September __, 2008                JOSEPH RUSSONIELLO
                                         United States Attorney

                                         By: /s/
                                             Jeffrey D. Nedrow
                                             Assistant United States Attorney

Pursuant to General Order No. 45, Section X(B), Scott H. Frewing hereby attests that the signatory's concurrence in the filing of this document has been obtained.

Dated: September __, 2008                BAKER & McKENZIE LLP

                                         By: /s/
                                             Scott H. Frewing
                                             Attorneys for Ramon Scruggs, MD

**ORDER**

IT IS HEREBY ORDERED that the status hearing, currently scheduled for Monday, September 15, 2008 at 1:30 p.m. shall be vacated, and the new hearing date shall be October 27, 2008 at 1:30 p.m. The defendants are not required to appear in person at the October 27, 2008, hearing. Pursuant to 18 U.S.C. § 3161(h) the period from September 15, 2008 to October 27, 2008, shall be excluded in computing the time within which the trial must commence.

**IT IS SO ORDERED.**

Dated:  September 11, 2008               By: /s/ James Ware
                                             JAMES WARE
                                             UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

3

Case No CR-08-144 JW (PT)
STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING HEARING