Scott H. Frewing, State Bar No. 191311
David J. Stoll, State Bar No. 243909

**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299

scott.h.frewing@bakernet.com
david.j.stoll@bakernet.com

Attorneys for Defendant
Ramon Scruggs, MD

IT IS SO ORDERED AS MODIFIED
*James Ware*
Judge James Ware
3/27/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON SCRUGGS, MD, et, al<br><br>Defendant. | **Case No. CR-08-144 JW (PT)**<br><br>**STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING STATUS HEARING TO APRIL 13, 2009 AT 1:30 P.M.** AS TO ALL DEFENDANTS |

    IT IS HEREBY STIPULATED between the parties that, subject to the Court's approval, the status hearing, currently scheduled for Monday, March 30, 2009 at 1:30 p.m. shall be vacated, and the new hearing date shall be April 13, 2009 at 1:30 p.m.

    The parties have agreed to the continuance based on the following representations of Dr. Ramon Scruggs regarding the basis for good cause for the continuance:

    1.    Dr. Ramon Scruggs has a necessary medical procedure scheduled for March 30, 2009 and will be unable to attend such status hearing.

    2.    Dr. Scruggs has tentatively been diagnosed with achalasia, a loss of propulsive force in the esophagus.  Dr. Scruggs has experienced recent significant weight loss as a result of his condition.

    3.    Dr. Scruggs is in the process of undergoing a series of tests to determine if the

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No CR-08-144 JW (PT)
STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING HEARING

tentative diagnosis is the correct one.  The series of tests include a interesophageal pressure test that Dr. Scruggs must undergo between certain other tests and in advance of potential surgery on May 5, 2009.  The UCLA Medical Center has scheduled Dr. Scruggs for this required procedure on Monday, March 30, 2009, which thus directly conflicts with the hearing scheduled for Monday, March 13, 2009.

IT IS SO STIPULATED.

Dated:  March 25, 2009					BAKER & McKENZIE LLP


							By: /s/
							    Scott H. Frewing
							    Attorneys for Ramon Scruggs, MD

Dated:  March 25, 2009


							By: /s/
							    Benjamin Williams
							    Attorney for Allan Danto

Dated:  March 25, 2009


							By: /s/
							    Lara S. Vinnard,
							    Attorney for Heidi MacPherson

Dated:  March 25, 2009					JOSEPH RUSSONIELLO
							United States Attorney


							By: /s/
							    Jeffrey D. Nedrow
							    Assistant United States Attorney

Pursuant to General Order No. 45, Section X(B), Scott H. Frewing hereby attests that the

///

///

///

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

2

Case No CR-08-144 JW (PT)
STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING HEARING

signatory's concurrence in the filing of this document has been obtained.

Dated: March 25, 2009          BAKER & McKENZIE LLP


                               By: /s/
                                  Scott H. Frewing
                                  Attorneys for Ramon Scruggs, MD


## **ORDER**

IT IS HEREBY ORDERED that the status hearing, currently scheduled for Monday, March 30, 2009 at 1:30 p.m. shall be vacated, and the new hearing date shall be April 13, 2009 at 1:30 p.m. as to ALL defendants.

**IT IS SO ORDERED.**

Dated: March 27, 2009          By: /s/ James Ware
                                  JAMES WARE
                                  UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

3

Case No CR-08-144 JW (PT)
STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING HEARING