Benjamin W. Williams, Esq. [SBN: 230861]
LAW OFFICES OF BENJAMIN W. WILLIAMS
111 NORTH MARKET ST., SUITE 300
San Jose, CA 95113
(408) 332-5832 - Telephone
(408) 332-5842 - Facsimile

Attorney for Defendant
ALLAN DANTO

**Filed**

APR 29 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>ALLAN DANTO,<br><br>Defendant. | Case No. CR-08-144 JW (RS)<br><br>RS<br>[~~PROPOSED~~] ORDER AUTHORIZING RELEASE OF ALLAN DANTO'S PASSPORT FROM CLERK'S OFFICE TO MR. DANTO'S ATTORNEY. |

IT IS HEREBY ORDERED that the Clerk's Office of the United States District Court, Northern District of California, San Jose Division, shall release Allan Danto's passport to his attorney, Benjamin Williams, for the purpose of travel from May 2nd, 2009 to May 4th, 2009. Upon returning to the United States, Mr. Danto shall return his passport to his attorney forthwith, and his passport shall be returned to the Clerk's Office as soon as possible, but no later than May 8th, 2009.

Dated: 4/29/09

_____
Honorable Richard Seeborg
United States Magistrate Judge

1