1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CASBN 161299)
   Assistant United States Attorneys
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5045
7     Fax: (408) 535-5066
      Email: jeff.nedrow@usdoj.gov
8

9  Attorneys for Plaintiff

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        )    No.: CR 08-00144-JW
                                     )
13           Plaintiff,              )    STIPULATION AND PROPOSED
                                     )    ORDER FOR CONTINUANCE OF
14      v.                           )    SENTENCING HEARING
                                     )
15  ALLAN DANTO,                     )
                                     )
16           Defendant.              )
    _____ )

17

18       The United States, through its counsel Jeffrey Nedrow and Matthew Parrella, and

19  defendant Allan Danto, through his counsel Benjamin W. Williams, hereby agree and stipulate to

20  a continuance of the sentencing hearing in this case scheduled for Monday, August 24, 2009 to

21  Monday, October 5, 2009 at 1:30 p.m.

22       The parties agree that the following reasons exist for this continuance:

23       The Probation Office has indicated that additional time is needed to prepare the

24  Presentence Report in this matter.  The parties are in the process of providing the Probation

25  Office with information for its consideration in completing the Presentence Report and making a

26  sentencing recommendation in this case.  Both parties have an interest in a careful review of this

27  //

28  //

1   information in light of its potential impact on the sentencing hearing.  Accordingly, a continuance

2   is requested.  The probation officer has been notified of this proposed continuance.

3

4                                              Respectfully submitted,

5

6   May 22, 2009
                                              _____
7                                              BENJAMIN W. WILLIAMS
                                              Counsel for Allan Danto
8
    May 22, 2009
                                              _____
9                                              JEFFREY D. NEDROW
                                              MATTHEW A. PARRELLA
10                                             Assistant United States Attorneys

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: CONTINUANCE
CR 08-00144-JW                      2

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 08–00144-JW |
| Plaintiff, | ) | ORDER CONTINUING |
| | ) | <u>SENTENCING HEARING</u> |
| v. | ) | |
| ALLAN DANTO, | ) | |
| Defendant. | ) | |

15

16    Based on the stipulation of the parties and the facts set forth in the stipulation between the

17   parties, and good cause appearing,

18    IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from

19   August 24, 2009 to October 5, 2009 at 1:30 p.m.

20

21

22   DATED:    June 8, 2009

_____
JAMES WARE
United States District Judge

24

25

26

27

28