Benjamin W. Williams, Esq. [SBN: 230861]
LAW OFFICES OF BENJAMIN W. WILLIAMS
111 NORTH MARKET ST., SUITE 300
San Jose, CA 95113
(408) 332-5832 - Telephone
(408) 332-5842 - Facsimile

Attorney for Defendant
ALLAN DANTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-08-144 JW (PT) |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE-SCHEDULING** |
| ALLAN DANTO, | ) | **SENTENCING HEARING FROM** |
| | ) | **DECEMBER 7, 2009 TO JANUARY 25,** |
| Defendant. | ) | **2010 AT 1:30 P.M.** |
| | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties that, subject to the Court's approval, the

sentencing hearing, currently scheduled for Monday, December 7, 2009 at 1:30 P.M., shall be vacated

and the new hearing date shall be January 25, 2010 at 1:30 P.M.

The parties have agreed to the continuance based upon the following representations of the

counsel for Alan Danto regarding the basis for good cause for the continuance:

1.      The Defense wishes to continue discussions with the United States Attorney's Office

regarding the assistance provided by Mr. Danto during the course of the proceedings.

2.     Counsel for Mr. Danto, Benjamin Williams, expects to spend time before the December sentencing date in Rhode Island and Chicago while working on criminal proceeding being investigated out of the 1st Circuit by the local United States Attorney's Office in Providence.

3.     As of the date of writing, a final presentence investigative report has not been provided to the defense.  Because the defense intends to submit a sentencing memorandum in this matter, it will require additional time to prepare said document.

4.     United States Probation Officer Lori Timmons was contacted by Benjamin Williams about the proposed new sentencing date.  Officer Timmons had no objection to the date, and is available for that date.

**IT IS SO STIPULATED.**

Dated: 11/23/09                                    _____/s/_____
                                                   Benjamin W. Williams
                                                   Attorney for Alan Danto

Dated: 11/23/09                                    _____/s/_____
                                                   Jeffrey D. Nedrow
                                                   Assistant United States

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the sentencing hearing, currently scheduled for Monday, December 7, 2009 at 1:30 P.M., shall be vacated, and the new hearing date shall be January 25, 2010 at 1:30 P.M.

Dated: December 4, 2009                            _____
                                                   HONORABLE JAMES WARE
                                                   UNITED STATES DISTRICT JUDGE