Benjamin W. Williams, Esq. [SBN: 230861]
LAW OFFICES OF BENJAMIN W. WILLIAMS
111 NORTH MARKET ST., SUITE 300
San Jose, CA 95113
(408) 332-5832 - Telephone
(408) 332-5842 - Facsimile

Attorney for Defendant
ALLAN DANTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ALLAN DANTO,<br><br>      Defendant. | Case No. CR-08-144 JW (PVT)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RELEASING THE PASSPORT<br>OF ALLAN DANTO.** |

   IT IS HEREBY STIPULATED between the parties, subject to the Court's approval, that the United States Passport for Allan Danto be released from the Court Clerk's Office to Mr. Danto, by and through his attorney of record, Benjamin Williams.

   The parties have stipulated to the release of Mr. Danto's passport based upon the following representations by the counsel for Mr. Danto:

   1.   Mr. Danto is currently serving a sentence imposed by this Court of one year of probation under the supervision of the San Diego Federal Probation Office.

2. As part of his probationary term, Mr. Danto must seek permission to travel, for work or otherwise, from the San Diego Federal Probation Office.

3. Mr. Danto regularly travels domestically and internationally in the scope and course of his employment. He has been told that the Probation Office to which he reports will not seek the release of his passport and that its release should be sought from this Court.

4. Mr. Danto seeks to have his passport released to his attorney of record, Benjamin Williams. The passport will then be sent to Mr. Danto in San Diego, California to be used for international travel, only when that travel has been previously approved by the Federal Probation Department.

**IT IS SO STIPULATED.**

Dated: 03/24/10

/s/
Benjamin W. Williams
Attorney for Alan Danto

Dated: 03/24/10

/s/
Jeffrey D. Nedrow
Assistant United States

## ORDER

IT IS HEREBY ORDERED that the Clerk's Office of the United States District Court, Northern District of California, San Jose Division, shall release Allan Danto's passport to his attorney, Benjamin W. Williams.

Dated: April 7, 2010

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE